IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09cv317-FDW-DCK

| | |
|---|---|
| OWEN HARTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CENTRO BRADLEY SPE 7, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Amy C. Drayton's Application for Admission to Practice *Pro Hac Vice* of Jack C. Hsu. It appearing that Jack C. Hsu is a member in good standing with the Illinois Bar and will be appearing with Amy C. Drayton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Amy C. Drayton's Application for Admission to Practice *Pro Hac Vice* (Document #6) of Jack C. Hsu is **GRANTED**, and that Jack C. Hsu is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Amy C. Drayton.

Signed: August 20, 2009

David C. Keesler
United States Magistrate Judge